

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Daniel Renteria Velasquez<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:23-cr-00046-DOC<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _Friday, May 2_, 2025_, at _10:00_ ☒ a.m. / ☐ p.m. before the Honorable _Karen E. Scott_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
  _(Other custodial officer)_

Dated: _4/29/25_

_/s/ Karen E. Scott_
U.S. District Judge/Magistrate Judge
KAREN E. SCOTT

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                                   Page 1 of 1