FILED
CLERK, U.S. DISTRICT COURT

MAY - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Daniel Renteria Velasquez <br> Defendant. | Case No.: 8:23-CR-0046-DOC <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CDCA__, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __allegations of failure to report; unstable/uncertain address; no viable surety; warrant from 2024; 2 prior revocations.__

3   and/or

4  B.  ( ) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7       finding is based on _____

13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED: __5/2/25__           /s/ Karen E. Scott
                                KAREN E. SCOTT
17                              UNITED STATES MAGISTRATE JUDGE